1050

No. 88–5050.  HOLLAND v. ILLINOIS, 493 U. S. 474;

No. 88–6995.  MOORE v. CALIFORNIA, 490 U. S. 1095;

No. 89–820.  KINDIG v. PAN AMERICAN WORLD AIRWAYS, INC., ET AL., 493 U. S. 1025;

No. 89–897.  GRIMES v. LOUISVILLE & NASHVILLE RAILROAD Co., 493 U. S. 1058;

No. 89–5452.  WEAVER v. SHEAFFER ET AL., 493 U. S. 1059; and

No. 89–5784.  BOWYER v. UNITED STATES AIR FORCE ET AL., 493 U. S. 1046.  Petitions for rehearing denied.

No. 88–2137.  MCMONAGLE ET AL. v. NORTHEAST WOMEN'S CENTER, INC., 493 U. S. 901.  Motion for leave to file petition for rehearing denied.

MARCH 22, 1990

No. 88–2109.  KANSAS ET AL. v. KANSAS POWER & LIGHT CO. ET AL.  C. A. 10th Cir.  [Certiorari granted, 493 U. S. 1041.] Writ of certiorari dismissed as to respondent Kansas Power & Light Co. under this Court's Rule 46.

MARCH 26, 1990

No. 88–1878.  SAFFLE, WARDEN, ET AL. v. DAVIS.  C. A. 10th Cir.  Motion of respondent for leave to proceed *in forma pauperis* granted.  Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Saffle* v. *Parks, ante,* p. 484.  JUSTICE BLACKMUN and JUSTICE STEVENS dissent.